1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRITNEY COOPER, ) | Case No.: C 11-03268 PSG |
| ) | |
| Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | |
| ) | |
| STARBUCKS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 26, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the parties shall appear for a further status conference on Tuesday, August 30, 2011 at 2 p.m. The parties shall submit a joint status conference statement no later than August 23, 2011. All discovery is stayed until the August 30th status conference.

Dated: July 26, 2011

  PAUL S. GREWAL
  United States Magistrate Judge

ORDER