1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, California 92037
   Telephone:  858-551-1223
5  Facsimile:  858-551-1232

6  Attorneys for Plaintiff

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   WESTERN DISTRICT

| | |
|---|---|
| BRITTNEY COOPER, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV 11-7982-GAF-PJW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Date Action Filed:  May 24, 2011<br><br>Date Action Removed:  July 1, 2011 |

1
2   Having reviewed the Stipulation for Dismissal Pursuant to F.R.C.P. 41(a)(1)
3   entered by and between Defendant Starbucks Corporation ("Defendant") and Plaintiff
4   Brittney Cooper ("Plaintiff"), and finding good cause therein, the Court hereby orders as
    follows:
5
6   Plaintiff's individual claims against Defendant are dismissed with prejudice.
    Plaintiff's class and representative allegations against Defendant are dismissed
7   without prejudice. Each party to bear her/its own costs and attorneys' fees to achieve
8   said dismissal.
9
10  Dated:  November 6, 2012
11                                          Honorable Gary A. Feess
                                        DISTRICT JUDGE OF THE UNITED
12                                      STATES CENTRAL DISTRICT COURT

---

ORDER GRANTING STIPULATION FOR DISMISSAL

Case No. CV 11-7982-GAF-PJW

103145207